**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Daniel Weldon Hackman,         )<br>                                              )<br>               Petitioner,             )<br>                                              )<br>v.                                          )<br>                                              )<br>Dora B. Schriro, et al.,          )<br>                                              )<br>               Respondents.       )<br>_____) | No. CV 05-144-PCT-SMM<br><br>**ORDER** |

    Currently before the Court is Petitioner's Motion for Reopening the Time to File an Appeal (Doc.32). Petitioner contends that he did not receive the Court's Order of May 11, 2006, "until it was properly addressed to the petitioner, to which the petitioner received on August 17, 2007." Consequently, Petitioner asserts that by no fault of his own, he was unable to file a timely appeal. The Court disagrees.

    According to the Court records, the Clerk of the Court sent the order at issue to the identical address as Petitioner had been receiving all previous documents from the Court. Furthermore, the docket indicates that Petitioner did in fact file a change of address with the Court eighteen (18) days *after* filing the present motion, i.e. in August of 2007. Finally, Petitioner made no effort to contact the Court and inquire as to the status of his case or the issue of appeal between February 2006, when the Report and Recommendation and Objections thereto were filed and August 2007, the time at which Petitioner filed the current motion and his change of address.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Petitioner's Motion for Reopening the Time to File an Appeal (Doc.32).

DATED this 26th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge