**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Weldon Hackman, ) | No. CV 05-144-PCT-SMM |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Dora B. Schriro, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

Currently before the Court is Petitioner's Motion for Extension of Time to File a Motion for Reconsideration of the Court's Order Denying Petitioner's previous Motion for Reopening the Time to File an Appeal (Doc.34). Petitioner requests an additional sixty days in order to "give petitioners [sic] request to the Property Officer in charge of incoming legal mail blogs delivered to inmates at petitioners [sic] previous address to respond to petitioners [sic] request of results of a search inbetween [sic] May 17, 2006 and July 17, 2006, to verify whether or not the Arizona Department of Corrections received mail from this Court..." Petitioner further contends that he requires additional time to "give petitioners [sic] request for funds withdrawal from petitioners [sic] inmate bank account to be processed by Inmate Banking/Lewis Complex and sent to the Clerk of the Court for an actual copy of the envelope returned to the Court containing this Court's order of May 17, 2006; [sic] to be sent to petitioner." Finally, Petitioner asserts that such an extension is necessary in order for him

to "properly draft a Motion of [sic] Reconsideration after receiving the above mentioned documents."

After considering the circumstance and the amount of time that has since passed, the Court finds that Petitioner has had ample time to achieve all of the aforementioned "requirements," but has neglected to do so. Had the Petitioner desired resolution of this matter by investigating the inmate blogs of May through July 2006, January of 2008 is not the appropriate time to motion the Court for permission to do so. In fact, Petitioner could have done so, without the permission of the Court, in 2006. Furthermore, the Court incorporates by reference its Order of November 26, 2007.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Petitioner's Motion for Extension of Time to File a Motion for Reconsideration (Doc. 34).

DATED this 7th day of January, 2008.

_____
Stephen M. McNamee
United States District Judge