**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Weldon Hackman,<br><br>  Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>  Respondents. | No. CV 05-144-PCT-SMM<br><br>**ORDER** |

Currently before the Court is Petitioner's Motion for an Extension of Time to File an Appeal. (Doc. 39). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Petitioner's Motion for an Extension of Time to File an Appeal. (Doc. 39).

**IT IS FURTHER ORDERED** that Petitioner shall file his appeal **no later than April 30, 2008.**

DATED this 28th day of March, 2008.

Stephen M. McNamee
United States District Judge